THE PEOPLE OF THE STATE OF NEW YORK ex rel. GOODWIN SAND AND GRAVEL COMPANY, Respondent, *v.* WALTER W. LAW, JR., et al., Constituting the State Tax Commission of the State of New York, Appellants.

*Appeal — order of Appellate Division reversing determination of Tax Commission and remitting proceeding to said Commission for revision — appeal to Court of Appeals dismissed.*

*People ex rel. Goodwin Sand & Gravel Co. v. Law,* 207 App. Div. 567, appeal dismissed.

(Argued June 2, 1924; decided July 5, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 15, 1924, which reversed on certiorari a determination of the State Tax Commission refusing to revise and resettle a franchise tax assessed against the relator and remitted the proceeding to said State Tax Commission for revision.

*Carl Sherman, Attorney-General (C. T. Dawes* of counsel), for appellants.

*J. Harlin O'Connell* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.